UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANNY L. JONES, 798433,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | CIVIL ACTION NO. |
| VS.    ) | |
| ) | 3:12-CV-2497-G (BF) |
| WILLIAM STEPHENS, Director, Texas    ) | |
| Department of Criminal Justice,    ) | |
| Correctional Institutions Division,    ) | |
| ) | |
| Respondent.    ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated August 6, 2013, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are accepted as the findings, conclusions, and recommendation of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted.

August 29, 2013.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**